1  STEVEN G. KALAR
   Federal Public Defender
2  Northern District of California
   GRAHAM ARCHER
3  Assistant Federal Public Defender
   55 South Market Street, Suite 820
4  San Jose, CA 95113
   Telephone:  (408) 291-7753
5  Facsimile:   (408) 291-7399
6  Email:       Graham_Archer@fd.org

7
   Counsel for Defendant Mercado
8

9
                IN THE UNITED STATES DISTRICT COURT
10
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,           Case No.: CR 16–19 EJD
14
                Plaintiff,              **UNOPPOSED MOTION TO MODIFY**
15                                      **RELEASE CONDITIONS;**
        v.                              **[PROPOSED] ORDER**
16
   SERJOE MERCADO,                      **Judge:**    Hon. Nathanael Cousins
17
                Defendant.
18

19

20

21       By and through his counsel, Mr. Mercado moves this Court for an order modifying his

22  release conditions to permit him to travel to the Eastern District of California. Counsel for Mr.

23  Mercado is informed that Mr. Mercado's father passed away on August 30th. Mr. Mercado

24  anticipates that services will be held in Sacramento, in the Eastern District of California.

25       Mr. Mercado will travel with his mother to attend the services and other related matters.

26  Mr. Mercado asks that the Court modify his release conditions to permit this travel at the

27  discretion of Pretrial Services. Mr. Mercado's counsel has conferred with Officer Granados,

28

who agrees to this plan. Counsel has also conferred with counsel for the government, who does not object to the modification, as long as travel is completed by September 30, 2017.

Respectfully submitted,

Dated:    September 1, 2017           STEVEN G. KALAR
                                       Federal Public Defender
                                       Northern District of California

                                              /S
                                       GRAHAM ARCHER
                                       Assistant Federal Public Defender

[PROPOSED] ORDER

Good cause appearing, it is ORDERED that Serjoe Mercado's bond conditions are modified to permit his travel to the Eastern District of California with prior permission from Pretrial Services. Travel must be completed by September 30, 2017. All other conditions of release remain in effect.

Dated: _____              _____
                                     Hon. Nathanael Cousins
                                     United States Magistrate Judge