STEVEN G. KALAR
Federal Public Defender
Northern District of California
SEVERA KEITH
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:    (408) 291-7399
Email:          Severa_Keith@fd.org

Counsel for Defendant MERCADO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERJOE MERCADO,<br><br>Defendant. | **Case No.:** CR 16-00019 EJD<br><br>NOTICE OF ATTORNEY APPEARANCE |

The Federal Public Defender has been appointed as counsel for Mr. Mercado. Pursuant to General Order 45 of the Local Rules, Assistant Federal Public Defender Severa Keith enters her Notice of Attorney Appearance for Mr. Mercado as co-counsel. Assistant Federal Public Defender Graham Archer still remains as lead counsel. Contact information for Severa Keith is listed above.

Dated:  June 19, 2019                              Respectfully submitted,

_____ /s/_____
SEVERA KEITH
Assistant Federal Public Defender

NOTICE OF ATTORNEY APPEARANCE
CR 16-19 EJD