DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MAIA T. PEREZ (MABN 672328)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    maia.perez@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00019 EJD |
| Plaintiff, | [PROPOSED] ORDER FOR TRANSPORTATION AND TREATMENT OF DEFENDANT FOR RESTORATION TO COMPETENCY PURSUANT TO 18 U.S.C. § 4241(d) |
| v. | |
| SERJOE MERCADO, | |
| Defendant. | |

    The parties, having been present in Court on August 26, 2019, and having heard the discussion and arguments on the matter of defendant Mercado's competence to stand trial, stipulate that the following proposed order appropriately effectuates the Court's intentions in the matter. \

//
//
//
//
//
//
//

[PROPOSED] ORDER OF COMMITMENT
CR 16-00019 EJD

It is so stipulated.

                                            Respectfully submitted,

                                            DAVID L. ANDERSON

Dated: August 30, 2019                            /s/
                                              MAIA T. PEREZ
                                              Assistant United States Attorney

Dated: August 30, 2019                            /s/
                                              GRAHAM ARCHER
                                              Attorney for Serjoe Mercado

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The matter came before the Court on August 26, 2019 on the parties' motion for a hearing on the |
| 3 | defendant's mental competency to stand trial.  The defendant Serjoe Mercado was represented by |
| 4 | counsel, Graham Archer.  The defendant appeared by telephone while in custody at the Metropolitan |
| 5 | Detention Center in Los Angeles, California.  Counsel for the United States, Assistant United States |
| 6 | Attorney, Maia PErez, was also present. |
| 7 | Based upon a Forensic Evaluation dated July 17, 2019, and prepared by Lesli Johnson, Ph.D., |
| 8 | Forensic Psychologist, and Ashley Michalski, M.A., M.S., Doctoral Psychology Intern, the parties |
| 9 | stipulated and the COURT FINDS by a preponderance of the evidence, that the defendant is presently |
| 10 | suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is |
| 11 | unable to understand the nature and consequences of the proceedings against him or to assist properly in |
| 12 | his defense.  Therefore, |
| 13 | IT IS ORDERED THAT, Pursuant to 18 U.S.C. § 4241(d), Defendant Mercado is committed to |
| 14 | the custody of the Attorney General for treatment in a suitable facility for restoration to competency. |
| 15 | When the defendant is ready to be returned to the Northern District of California, the Court further |
| 16 | ORDERS that he shall be transported directly by the Bureau of Prisons, or the United States Marshal's |
| 17 | Service, to San Jose, California; |
| 18 | IT IS ORDERED THAT, Pursuant 18 U.S.C. § 4241(d), Defendant Mercado is committed and |
| 19 | transported to a Federal Medical Center forthwith, for treatment for restoration to competency for such a |
| 20 | reasonable period of time, not to exceed four months, as is necessary to determine whether there is a |
| 21 | substantial probability that in the foreseeable future defendant will attain the capacity to permit the |
| 22 | proceedings to go forward; |
| 23 | IT IS FURTHER ORDERED THAT, Defendant Mercado is transferred directly from Los |
| 24 | Angeles, California to a Federal Medical Center in an expedited manner, rather than risk further |
| 25 | deterioration of his condition; |
| 26 | IT IS FURTHER ORDERED THAT, by the end of the term of treatment, which is not to exceed |
| 27 | four months, the director of the facility where the defendant is hospitalized shall prepare a report to the |
| 28 | |

Court, with copies to the parties, concerning the mental condition of the defendant and the prognosis for the defendant's restoration to competency, as well as any recommendations concerning what steps would assist in restoring the defendant to competency;

IT IS FURTHER ORDERED THAT, pursuant to 18 U.S.C. § 4241(d), if the director of the facility where the defendant is hospitalized believes that additional time is required to evaluate and treat the defendant, the director may make application to the Court for an additional reasonable period of time to treat the defendant until the defendant's mental condition is so improved that trial may proceed. In such application, the director must set forth the reasons why there is a substantial probability that within such additional period of time the defendant will attain the capacity to permit the proceedings to go forward;

IT IS FURTHER ORDERED THAT, pursuant to 18 U.S.C. § 4241(e), when the director of the facility, in which the defendant is hospitalized, determines that the defendant has recovered from his mental disease or defect to such an extent that he is no longer in need of custody for care or treatment in such a facility, the director shall promptly file a certificate to that effect with the clerk of this Court, and the clerk of this Court shall send a copy of that certificate to the defendant's counsel and the attorney for the government;

IT IS FURTHER ORDERED THAT, a status hearing is set before this Court on October 21, 2019 at 1:30 p.m..; and

Finally, IT IS FURTHER ORDERED THAT, pursuant to Title 18 U.S.C. § 3161(h)(4) and § 3161(h)(7)(B)(i), the Court excludes the period of time from August 26, 2019 through and including October 21, 2019 from the computation of the period of time within which trial must commence. The Court finds that said delay results from the fact that the defendant is mentally incompetent to stand trial, and that the failure to grant such a continuance in the proceedings would be likely to make a continuation of such proceedings impossible, or result in a miscarriage of justice.

**IT IS SO ORDERED**.

Dated: 9/5/2019

EDWARD J. DAVILA
United States District Judge

[PROPOSED] ORDER OF COMMITMENT
CR 16-00019 EJD