1  STEVEN G. KALAR
   Federal Public Defender
2  Northern District of California
   SEVERA KEITH
3  Assistant Federal Public Defender
   55 South Market Street, Suite 820
4  San Jose, CA 95113
   Telephone:  (408) 291-7753
5  Facsimile:   (408) 291-7399
   Email:         Severa_Keith@fd.org
6

7
   Counsel for Defendant Mercado
8

9

10                     IN THE UNITED STATES DISTRICT COURT

11                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                                  SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,              Case No.: CR 16–00019 EJD

15             Plaintiff,                   **STIPULATION TO CONTINUE
                                            STATUS HEARING; [PROPOSED]**
16        v.                                **ORDER**

17  SERJOE MERCADO,

18             Defendant.

19

20       Defendant Serjoe Mercado and the Government hereby stipulate and agree that the

21  status hearing currently set for September 14, 2020 at 1:30 p.m. may be continued to October

22  26, 2020 at 1:30 p.m.

23       The reason for the requested continuance is that Mr. Mercado is in transit from FMC

24  Butner, and it is anticipated that he will not arrive in this district until early October, 2020.

25  Defense counsel also requires time to meet with the defendant prior to his appearance before

26  the Court.

27       Accordingly, the parties further stipulate that the time from today, through and

28  including October 26, 2020 , may be excluded from the computation of time within which trial

shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation and continuity of counsel, and as time resulting from transportation of the defendant from a place of examination, pursuant to Title 18, United States Code Section 3161(h)(1)(F), (h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

STEVEN G. KALAR
Federal Public Defender

Dated: September 10, 2020        /s_____
SEVERA KEITH
Assistant Federal Public Defender

DAVID L. ANDERSON
UNITED STATES ATTORNEY

Dated: September 10, 2020        /s_____
MAIA PEREZ
Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Monday, September 14, 2020, shall be continued to Monday, October 26, 2020, at 1:30 p.m.

It is further ordered that the time through and including October 26, 2020, shall be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for transportation to this district from a place of examination and hospitalization, continuity of counsel, and effective preparation of counsel, pursuant to Title 18, United States Code Section 3161(h)(1)(F), (h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: __9/10__, 2020        _____
HON. EDWARD J. DAVILA
United States District Judge