STEVEN G. KALAR
Federal Public Defender
SEVERA KEITH
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
E-mail: Severa_Keith@fd.org

Counsel for Defendant MERCADO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | No. CR 16–0019 EJD (NC) |
|---|---|
| Plaintiff, | **REQUEST FOR ORDER SHORTENING TIME FOR HEARING MOTION FOR RECONSIDERATION OF DETENTION ORDER; [PROPOSED] ORDER SHORTENING TIME** |
| v. | |
| SERJOE MERCADO, | |
| Defendant. | |
| | **Court:** Courtroom 5, 4th Floor |
| | **Hearing Date:** January 15, 2021 |
| | **Hearing Time:** 1:00 p.m. |

Serjoe Mercado, by and through counsel, respectfully requests that the Court issue an order shortening time, so that his separately-filed motion for reconsideration of the order of detention may be heard on January 15, 2021. A proposed order shortening time is submitted herewith.

//

NO. CR 16-0019 EJD (NC)
REQ. FOR ORDER SHORTENING TIME;
[PROPOSED] ORDER                        1

## ARGUMENT

Serjoe Mercado has filed a motion to reconsider the Court's order detaining him during the pendency of his case. The motion is based on changed circumstances, specifically, the Mr. Mercado's restoration to competency and his months of good mental health, as well as the circumstance of the COVID-19 pandemic. In the instant motion, the defense respectfully requests that the Court hear this motion on shortened time, specifically on January 15, 2021.

Criminal Local Rule 47-2(a) states that "except as the assigned judge directs or these criminal local rules require," all criminal motions shall be noticed not less than 14 days after service of the motion. Crim. L. Rule 47-2(a). The defense respectfully requests that the Court direct that the motion may be heard on shortened time because of the urgency of the situation caused by the current public health crisis and because Mr. Mercado will receive better mental health services, including counseling, if he is out of custody.

Undersigned counsel has conferred with counsel for the government, Maia Perez, and the parties propose the following schedule: Government's opposition brief due on January 14, 2021. The defense waives reply briefing and will reserve such argument for the hearing on this matter.

## CONCLUSION

For the foregoing reasons, the Court should issue an order shortening time to allow the motion to be heard on January 15, 2021.

Date: January 12, 2021               Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

*/S/ Severa Keith*
SEVERA KEITH
Assistant Federal Public Defender

NO. CR 16-0019 EJD (NC)
REQ. FOR ORDER SHORTENING TIME;
[PROPOSED] ORDER                  2

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SERJOE MERCADO,<br><br>        Defendant. | No. CR 16–0019 EJD (NC)<br><br>**[PROPOSED] ORDER SHORTENING TIME** |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GOOD CAUSE APPEARING, the Court hereby GRANTS the request of Serjoe Mercado to hear his motion for reconsideration of the order of detention on shortened time, and HEREBY ORDERS that the motion shall be heard on January 15, 2021, at 1:00 p.m.

The government's opposition brief is due on January 14, 2021.

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE NATHANAEL COUSINS
United States Magistrate Judge

NO. CR 16-0019 EJD (NC)
REQ. FOR ORDER SHORTENING TIME;
[PROPOSED] ORDER                3